# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133843

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                                   SC: 133843
                                                   COA: 276157
                                                   Wayne CC: 03-014033-01

MICHAEL RICARDO POLK,
    Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the March 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                                          _____

d0723                                                        Clerk